UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

VS                                           CASE NO. 3:00-CR-77-002/LAC

GINDY LACEY

**FINANCIAL REFERRAL AND ORDER**

Regarding refund of funds for: __ Fine, _X_ Restitution, __ Filing Fee, __ Attorney Admission Fee, __ Copy Fee, __ Bond, __ Other (Specify) _____

By:       Gindy Lacey #04931-017     (Payee)
Address:   FMC Carswell
           PO Box 27137
           Fort Worth, TX 76127

Receipt Number   802-111443-14

Date of Receipt   7/13/06

Motion: N/A

Explanation: Gindy Lacey was ordered to pay restitution of $3,695.00 jointly and severally with co-defendants. Restitution was jointly and severally paid on May 30, 2006. On July 13, 2006 we received another $85.00 from BOP to be applied to Ms. Lacey's restitution. This payment resulted in an overpayment of $85.00. Requesting authorization to refund the $85.00 overpayment and any other payments we may receive from BOP for this account. There may be a timing difference in BOP stopping the payments from Ms. Lacey's account.

WILLIAM M. McCOOL, Clerk of Court

Prepared by:   _s/Philip Detweiler_
               Philip Detweiler, Financial Specialist          Date:  August 30, 2006

Referred by:   Mary Maloy, Deputy Clerk

**ORDER OF COURT**

It is ORDERED this 30th day of August, 2006, that the Clerk refund the identified funds to the payee.

APPROVED   XX

DENIED _____                           _s/L.A. Collier_
                                                  LACEY A. COLLIER
                                                  SENIOR UNITED STATES DISTRICT JUDGE

Adopted: 12/03/99